**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
FOR THE PERIOD BEGINNING MARCH 1, 2014 AND ENDING MARCH 31, 2014

Name of Debtor: Resto Janitor Services Corp          Case Number 13-02697

Date of Petition _____

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | March          (a) | January to February          (b) |
| **2. RECEIPTS:** |  |  |
| A. Cash sales | 124,197 | 244,615 |
| Minus: Cash Refunds |  |  |
| Net Cash Sales | 124,197 | 244,615 |
| B. Accounts Receivable |  |  |
| C. Other Receipts (See MOR-3) |  |  |
| (If you receive rental income, |  |  |
| you must attach a rent roll.) |  |  |
| **3. TOTAL RECEIPTS (Lines 2A +2B+2C)** | 124,197 | 244,615 |
| **4. TOTAL FUNDS AVAILABLE FOR** |  |  |
| **OPERATIONS (Line 1 + Line 3)** | 124,197 | 244,615 |
| **5. DISBURSEMENTS** |  |  |
| A. Advertising | 500 | 600 |
| B. Bank Charges | - | 109 |
| C. Contract Labor |  |  |
| D. Fixed Asset Payments (not incl.in "N") |  | - |
| E. Insurance | 1,208 | 1,119 |
| F. Inventory Payments (See Attach. 2) |  |  |
| G. Leases | 480 | 1,441 |
| H. Manufacturing Supplies |  |  |
| I. Office Supplies | 106 | 1,500 |
| J. Payroll - Net (See Attachment 4B) | 70,944 | 135,764 |
| K. Professional Fees (Accounting & Legal) | 600 | 600 |
| L. Rent | 5,000 | 10,000 |
| M. Repairs & Maintenance | 200 | 3,700 |
| N. Secured Creditor Payments (See Attach. 2) | - | - |
| O. Taxes Paid - Payroll (See Attachment 4C) | 9,754 | 18,726 |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | - | 57 |
| Q. Taxes Paid - Other (See attachment 4C) |  | - |
| R. Telephone | 123 | 1,462 |
| S. Travel & Entertainment | - | - |
| Y. U.S. Trustee Quarterly Fees | - | 4,875 |
| U. Utilities | 2,086 | 3,495 |
| V. Vehicle Expenses | 2,285 | - |
| W. Other Operating Expenses (See MOR-3) | 11,589 | 17,114 |
| **6. TOTAL DISBURSEMENTS (Sum of 5A thru W)** | 104,875 | 200,562 |
| **7. ENDING BALANCE (Line 4 Minus Line 6)** | 19,322 (c) | 44,053 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true
and correct to the best of my knowledge and belief.

This 30 day of April, 2014
/s/ Angel Resto Rodriguez (Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the
balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of
the petition.

(c) These two amounts will always be the same if form is completely correctly.

MOR-2